UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIS B. ANNIS,<br><br>               Plaintiff,<br><br>v.<br><br>CLARK COUNTY SHERIFF<br>DEPARTMENT, *et al.*,<br><br>               Defendants. | Case No.: 3:21-CV-00503-RCJ-CLB<br><br>ORDER ADOPTING AND ACCEPTING<br>REPORT AND RECOMMENDATION OF<br>UNITED STATES MAGISTRATE JUDGE<br>(ECF NO. 5) |

Before the Court is the Report and Recommendation of United States Magistrate Judge Carla L. Baldwin, (ECF No. 5[1]) entered on January 18, 2022, recommending that the Court grant Defendant Anni's *In Forma* Pauperis application (ECF No. 1) and dismiss with prejudice his complaint (ECF No. 1-1).

This action was referred to Magistrate Judge Baldwin under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that Magistrate Judge Baldwin's Report and Recommendation (ECF No. 5) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Annis's application to proceed *in forma pauperis* (ECF No. 1) is **GRANTED**.  The Clerk of the Court shall file Annis's complaint (ECF No. 1-1)

**IT IS FURTHER ORDERED** that Annis's complaint (ECF No. 1-1) is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the motion seeing miscellaneous relief (ECF No. 4) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly and close this case.

**IT IS SO ORDERED**.

Dated this 2nd day of March, 2022.

_____
ROBERT C. JONES
United States District Judge